# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| ROGER LEE ROBINETTE, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-CV-00604-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2015, Order.

                                                Signed: May 6, 2015

                                                Frank G. Johns, Clerk
                                                United States District Court