# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-604

| | |
|---|---|
| ROGER LEE ROBINETTE, JR., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**BEFORE THE COURT** is Plaintiff's "Supplemental Motion for Attorney Fees." (Doc. 16). Plaintiff's motion states that Plaintiff omitted the $400.00 filing fee from the Original Motion for Attorney's Fees, but that the Memorandum in Support additionally requested the $400.00 filing fee that Plaintiff paid when he filed this action. (Doc. 16, at 1). The Court's Order granting EAJA fees only granted the fees requested in the Motion, $2,867.50, (Doc. 15), and did not request the additional fees requested in the memorandum.

The Plaintiff and the Commissioner both agree that an additional award of $400.00 for the filing fee is warranted. Accordingly, the Court hereby modifies its prior order granting the EAJA fees to include the $400.00 filing fee in addition to the $2,867.50 in attorney's fees.

**SO ORDERED.**

Signed: September 23, 2015

Richard L. Voorhees
United States District Judge

1